■ ·ETHEL BROWN et al. v. HUGH BULLOCK et al.— Motion for reargument or resettlement denied. However, for clarification, the order herein entered on December 20, 1962 [18 A D 2d 656], on Appeal No. 5196, is amended so as to add after the word "affirmed" in the last paragraph, the following: "upon the grounds expressed in our opinion on Appeal No. 5195, decided herewith, to the effect that a dismissal with prejudice is intended to preclude the action herein only as far as the courts of this state are concerned". Concur — Breitel, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. PAUL KELLY.— Order of this court entered on January 10, 1963 vacated and appellant permitted to prosecute the appeal *pro se*. Concur — Valente, J. P., McNally, Stevens, Steuer and Bastow, JJ. [18 A D 2d 777.]

## (February 14, 1963)

■ STANLEY STAHL v. HELENE D. STAHL.— Motion for a stay denied on the ground that there is no need for a stay, since appellant will not waive her right to raise the question of jurisdiction on the trial (Civ. Prac. Act, § 237-a). Concur — Botein, P. J., Breitel, Valente, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANLEY STAHL, on Behalf of Gregory Stahl, v. HELENE D. STAHL.— Motion for a stay denied on the ground that the order is an intermediate order and may not be appealed from (Civ. Prac. Act, § 1274). Concur — Botein, P. J., Breitel, Valente, Steuer and Bastow, JJ.